May 18, 2015

RE: Change of Address Notification (WRIT #: WR-78,439-02)

To the Clerk of The Court of Criminal Appeals:

My name is Damon West. My current case in front of your court is:

Exparte Damon West, Applicant
writ #: WR-78,439-02

My case is out of Criminal District Court No. 7, Dallas, County, cause # F-0900248-Y.

I am writing today to inform the Court of my change of address. I was previously housed at The Mark W. Stiles Unit, in Beaumont, TX (3060 FM 3514, 77705).

→ My new address is: Damon West # 1585689
Kyle Unit
23001 IH 35
Kyle, TX 78640

Please update your records and send notification to me that the change has been made.
Thank you, in advance, for your assistance.

Respectfully,

Damon West

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 21 2015
Abel Acosta, Clerk